# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.

ROBYN D. ROSS, an individual

      Plaintiff,

v.

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC., a Maryland corporation; PHILLIP JUSTUS, an individual; and TRAVIS JUSTUS, an individual

      Defendants.

## NOTICE OF REMOVAL

      Pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, Defendant, Professional Bureau of Collections of Maryland, Inc. ("PBC"), Phillip Justus and Travis Justus (collectively "Defendants"), by and through their counsel, McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby removes the above-entitled action from the District Court for Arapahoe County, Colorado, to this Court, based upon the following grounds.

      1.      On May 19, 2016, Robyn D. Ross ("Plaintiff"), commenced an action against Defendants in the District Court, Arapahoe County, Colorado styled *Robyn D. Ross, an individual v. Professional Bureau of Collections of Maryland, Inc., a Maryland corporation; Phillip Justus, an individual; and, Travis Justus, an individual,* Case Number: 16CV31263 (the "Underlying Lawsuit"). A copy of the Complaint and Jury Demand is attached as Exhibit A.

      2.      Plaintiff asserts federal statutory claims for violations of Title VII of the Civil Rights Act of 1964 and 1991, violations of the Family Medical Leave Act ("FMLA"), and a

violation of the Colorado Anti-Discrimination Act ("CADA"), Ex. A, ¶¶ 54-76. This Court has original jurisdiction pursuant to 28 U.S.C. §1331 over Plaintiff's claims for a violation of Title VII of the Civil Rights Act of 1991 and a violation of the FMLA, 29 U.S.C. §2601, *et seq.* Id. This Court would have supplemental over the violation of the CADA as this is a state claim which is part of the same case in controversy. *Exxon Mobil Corp. v. Allapattah Servs*., 545 U.S. 546, 125 S.Ct. 2611, 2620 (2005) (supplemental jurisdiction extends a federal district court's jurisdiction over other claims that are within the same case in controversy, as long as the action is one in which the district court would have original jurisdiction).

3. Defendants were served with copies of the Summons and Complaint on June 2, 2016. The Returns of Service are attached as Exhibit B. Removal is timely under 28 U.S.C. §1446(b)(1) since this Notice of Removal has been filed within thirty (30) days after service of the Complaint and Jury Demand. Therefore, this action is properly removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(b).

4. In accordance with the provisions of 28 U.S.C. §1446(a) and D.C.COLO.LCiv Rule 81.1, the only documents served upon Defendants were the Complaint and Jury Demand attached as Exhibit A, and the District Court Civil (CV) Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint, and the District Court Civil Summons, attached as Exhibit C. A copy of the current docket sheet from the Underlying Lawsuit is attached as Exhibit D. 28 U.S.C. § 1446(a) and D.C.COLO.LCiv Rule 81.1. According to the Arapahoe County District Court docket sheet, there are no pending hearings or motions in the Underlying Lawsuit. *Id*.

5. As evidenced by the attached Certificate of Service, a copy of this Notice of Removal will be filed with the Clerk of the District Court of Arapahoe County, Colorado and served upon Plaintiff's counsel. 28 U.S.C. § 1446(d).

6. Defendants are entitled to remove the Complaint and Jury Demand to this Court pursuant to 28 U.S.C. § 1441.

7. By filing this Notice of Removal, Defendants do not waive any available defenses.

Respectfully submitted this 20th day of June, 2016.

By: */s/ Kristi L. Blumhardt*
Kristi L. Blumhardt
McElroy, Deutsch, Mulvaney & Carpenter, LLP
5600 South Quebec Street, Suite C100
Greenwood Village, Colorado 80111
Tel: (303) 293-8800
Fax: (303) 839-0036
kblumhardt@mdmc-law.com
*Attorneys for Defendants Professional Bureau of Collections of Maryland, Inc., Phillip Justus and Travis Justus*

Defendant's Address
5295 DTC Parkway
Greenwood Village, CO 80111

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2016, I electronically filed the foregoing, Notice of Removal, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Andrew D. Hurd, Esq.
Miller & Law, P.C.
1900 W. Littleton Boulevard
Littleton, CO  80120

                              */s/ Kristi L. Blumhardt*
                              Kristi L. Blumhardt
                              McElroy, Deutsch, Mulvaney & Carpenter, LLP
                              5600 S. Quebec Street, Suite C100
                              Greenwood Village, Colorado 80111
                              Phone: (303) 293-8800
                              Fax: (303) 839-0036
                              E-mail: kblumhardt@mdmc-law.com
                              *Attorneys for Defendants Professional Bureau of*
                              *Collections of Maryland, Inc., Phillip Justus and*
                              *Travis Justus*

I further certify that on June 20, 2016, I caused Defendant's Notice of Filing of Removal, together with a copy of the foregoing Notice of Removal, to be delivered for filing via ICCES to the Court Clerk, Arapahoe County District Court.

                              *s/Tina Woodard*
                              Tina Woodard