## DISTRICT COURT, COUNTY OF ARAPAHOE, STATE OF COLORADO

**ROBYN D. ROSS, AN INDIVIDUAL**

       Plaintiff(s)
v.

**PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC., A MARYLAND CORPORATION, ET AL**

       Defendant(s)

**CASE NUMBER: 2016CV31263**

AFFIDAVIT OF CORPORATE SERVICE
DATE FILED: June 3, 2016 11:06 AM
FILING ID: 8654D83317674
CASE NUMBER: 2016CV31263

---

I, William Stevens, being first duly sworn under oath, depose and say the following:

I am over the age of 18 and competent to sign this affidavit. I have personal knowledge of the facts and statements contained herein, and they are true and correct to the best of my knowledge. I am not a party in this matter, and I have no interest in the outcome of this case. I am familiar with the process serving laws governing service of process, and I have never been convicted of a felony.

On **June 01, 2016** at approximately **12:46 PM**, Elite Legal Services received the within **DISTRICT COURT CIVIL SUMMONS; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM, OR THIRD PARTY COMPLAINT; COMPLAINT AND JURY DEMAND.**

On **June 02, 2016** at approximately **4:24 PM**, I served the above documents on **PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.** by leaving the documents with **DAVID CHOZCK**, the **GENERAL COUNSEL** and **AUTHORIZED AGENT** of **PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC..** The approximate description of **DAVID CHOZCK** is:

Sex: **Male** - Skin: **Caucasian** - Hair: **Brown** - Age: **20's** - Height: **5'8"** - Weight: **150 lbs**

Service was effected at **PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC., 5295 DTC PARKWAY, GREENWOOD VILLAGE, CO 80111** in **ARAPAHOE** county.

STATE OF COLORADO
COUNTY OF DENVER

X _____
   William Stevens

Signed and sworn to before me on this __3__ day of __June__, 20__16__.

_____
Notary Public

KASHEN MATHERS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104013717
MY COMMISSION EXPIRES APRIL 26, 2018

Elite Legal Services
1685 S. Colorado Blvd. Suite S-180
Denver, CO 80222
303-635-6934

Miller & Law, P.C.
1900 W. Littleton Boulevard
Littleton, CO 80120
Requestor: Andrew D. Hurd, Esq.
303-722-6500

Client Reference Number: **7101.001**
Lawyer Reference Number: **7101.001**
ELS Number: **42109**



# DISTRICT COURT, COUNTY OF ARAPAHOE, STATE OF COLORADO

**ROBYN D. ROSS, AN INDIVIDUAL**

Plaintiff(s)

v.

**PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC., A MARYLAND CORPORATION, ET AL**

Defendant(s)

**CASE NUMBER: 2016CV31263**

**AFFIDAVIT OF SUBSTITUTE SERVICE TEAM**
FILING ID: 8654D83317674
CASE NUMBER: 2016CV31263

---

I, William Stevens, being first duly sworn under oath, depose and say the following:

I am over the age of 18 and competent to sign this affidavit. I have personal knowledge of the facts and statements contained herein, and they are true and correct to the best of my knowledge. I am not a party in this matter, and I have no interest in the outcome of this case. I am familiar with the process serving laws governing service of process, and I have never been convicted of a felony.

On **June 01, 2016** at approximately **12:46 PM**, Elite Legal Services received the within **DISTRICT COURT CIVIL SUMMONS; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM, OR THIRD PARTY COMPLAINT; COMPLAINT AND JURY DEMAND.**

On **June 02, 2016** at approximately **4:24 PM**, I served the above documents on **TRAVIS JUSTUS** by leaving the documents with **DAVID CHOZCK**, the **GENERAL COUNSEL** and **AUTHORIZED AGENT** of **TRAVIS JUSTUS**. The approximate description of **DAVID CHOZCK** is:

Sex: **Male** - Skin: **Caucasian** - Hair: **Brown** - Age: **20's** - Height: **5'8"** - Weight: **150 lbs**

Service was effected at **TRAVIS JUSTUS**'s usual place of employment, **PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC., 5295 DTC PARKWAY, GREENWOOD VILLAGE, CO 80111** in **ARAPAHOE** county.

STATE OF COLORADO
COUNTY OF DENVER

Signed and sworn to before me on this 3 day of June, 2016.

Notary Public

x _____
William Stevens

KASHEN MATHERS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104013717
MY COMMISSION EXPIRES APRIL 28, 2018

Elite Legal Services
1685 S. Colorado Blvd. Suite S-180
Denver, CO 80222
303-635-6934

Client Reference Number: **7101.001**
Lawyer Reference Number: **7101.001**
ELS Number: **42108**

Miller & Law, P.C.
1900 W. Littleton Boulevard
Littleton, CO 80120
Requestor: Andrew D. Hurd, Esq.
303-722-6500

DISTRICT COURT, COUNTY OF ARAPAHOE, STATE OF COLORADO

ROBYN D. ROSS, AN INDIVIDUAL

Plaintiff(s)

v.

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC., A MARYLAND CORPORATION, ET AL

Defendant(s)

CASE NUMBER: 2016CV31263

AFFIDAVIT OF SUBSTITUTE SERVICE
DATE FILED: June 16, 2016 9:25 AM
FILING ID: 8654D83317674
CASE NUMBER: 2016CV31263

I, William Stevens, being first duly sworn under oath, depose and say the following:

I am over the age of 18 and competent to sign this affidavit. I have personal knowledge of the facts and statements contained herein, and they are true and correct to the best of my knowledge. I am not a party in this matter, and I have no interest in the outcome of this case. I am familiar with the process serving laws governing service of process, and I have never been convicted of a felony.

On **June 01, 2016** at approximately **12:46 PM**, Elite Legal Services received the within **DISTRICT COURT CIVIL SUMMONS; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM, OR THIRD PARTY COMPLAINT; COMPLAINT AND JURY DEMAND.**

On **June 02, 2016** at approximately **4:24 PM**, I served the above documents on **PHILLIP JUSTUS** by leaving the documents with **DAVID CHOZCK**, the **GENERAL COUNSEL** and **AUTHORIZED AGENT** of **PHILLIP JUSTUS**. The approximate description of **DAVID CHOZCK** is:

Sex: **Male** - Skin: **Caucasian** - Hair: **Brown** - Age: **20's** - Height: **5'8"** - Weight: **150 lbs**

Service was effected at **PHILLIP JUSTUS**'s usual place of employment, **PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC., 5295 DTC PARKWAY, GREENWOOD VILLAGE, CO 80111** in **ARAPAHOE** county.

STATE OF COLORADO
COUNTY OF DENVER

X _____
William Stevens

Signed and sworn to before me on this _3_ day of _June_, 20_16_.

Notary Public

KASHEN MATHERS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104013717
MY COMMISSION EXPIRES APRIL 26, 2018

Elite Legal Services
1685 S. Colorado Blvd. Suite S-180
Denver, CO 80222
303-635-6934

Client Reference Number: 7101.001
Lawyer Reference Number: 7101.001
ELS Number: 42107

Miller & Law, P.C.
1900 W. Littleton Boulevard
Littleton, CO 80120
Requestor: Andrew D. Hurd, Esq.
303-722-6500