Register of Actions and Party Information    Case No. 1:16-cv-01550-KLM    Document 1-4    filed 06/20/16    USDC Colorado    pg 1 of 2

https://www.jbits.courts.state.co.us/icces/web/caseInformation/caseHi...

# Register of Actions

| ☐ Filed by Plaintiff/Petitioner | Case Number: 2016CV031263 | Division: 202 |
|---|---|---|
| ☐ Filed by Defendant/Respondent | Case Type: Employment Discrimination | Judicial Officer: Phillip L Douglass |
| ☐ Filed by Court | Case Caption: Ross, Robyn v. Professional Bureau Of Collections et al | Court Location: Arapahoe County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 8654D83317674 | 06/06/2016 9:35 AM | Andrew Douglas Hurd | Miller and Law PC | Robyn Ross | Return of Service (Related Document) | Return of Service as to Defendant Professional Bureau of Collections of Maryland, Inc. | Public |
| | | | | | Return of Service (Related Document) | Return of Service as to Defendant Phillip Justus | Public |
| | | | | | Return of Service (Related Document) | Return of Service as to Defendant Travis Justus | Public |
| N/A (Details) | 05/20/2016 12:00 AM | Phillip L Douglass | Arapahoe County | N/A | Order - Case Management | Delay Reduction Order & Order Regarding Plan For Settlement | Public |
| 83A365723CAD4 | 05/19/2016 4:49 PM | Andrew Douglas Hurd | Miller and Law PC | Robyn Ross | Complaint w/Jury Demand (Related Document) | Complaint w/Jury Demand | Public |
| | | | | | Civil Case Cover Sheet (Related Document) | Civil Case Cover Sheet | Public |
| | | | | | Summons (Related Document) | Summons Professional Bureau of Collections of Maryland, Inc. issued by Counsel 5-19-16, no return of service filed | Public |
| | | | | | Summons (Related Document) | Summons Travis Justus issued by Counsel 5-19-16, no return of service filed | Public |
| | | | | | Summons (Related Document) | Summons Phillip Justus issued by Counsel 5-19-16, no return of service filed | Public |

# Party Information



| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Phillip Justus | Defendant | Active | N/A |
| Professional Bureau of Collections | Defendant | Active | N/A |
| Robyn Ross | Plaintiff | Active | Andrew Douglas Hurd (Miller and Law PC) |
| Travis Justus | Defendant | Active | N/A |