IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01550-KLM

ROBYN D. ROSS,

    Plaintiff,

    v.

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.; and,
PHILLIP JUSTUS; and,
TRAVIS JUSTUS

    Defendant.

## NOTICE OF ERRATA

Plaintiff Robyn D. Ross, through her undersigned counsel, herby submits her Notice of Errata as follows:

The Amended Complaint (Doc. 12) erroneously states at paragraph 58 that Ms. Ross "received her notice of right to sue on or about February 18, 2016". This statement is unclear to the extent it suggests Ms. Ross "received" it "on" February 18, 2016. The notice of right to sue was "mailed" to Ms. Ross not, "received" on February 18, 2016 as demonstrated by Exhibit B to Defendants Motion to Dismiss (Doc. 9-2). It would have been impossible for Ms. Ross to receive the notice on the same day it was mailed. The Amended Complaint should have stated clearly that the earliest Ms. Ross could have received the notice was February 19th, or thereafter.

**COAKLEYKROL, LLC**

*s/ Eric R. Coakley*

_____

Eric R. Coakley, CO Bar No. 34238
2373 Central Park Blvd. - Suite 100
Denver, CO 80238
(303)803-1611
coakley@coakleykrol.com

### *CERTIFICATE OF COMPLIANCE*

The undersigned hereby certifies that on September 15, 2016, I filed a copy of the foregoing

Notice of Errata via the Courts CM/ECF system and at the same time requested an electronic

copy be served on the following:

Kristi L. Blumhardt
McElroy, Deutsch, Mulvany & Carpenter LLP
5600 S. Quebec St. - Suite C100
Greenwood Village, CO 80111
kblumhardt@mdmc-law.com

Pursuant to D.C.COLO.LCivR 6.1(c) a copy of this motion is being served on Plaintiff via e-mail.

*s/ Eric R. Coakley*

_____
Eric R. Coakley