**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:16-cv-01550-KLM

ROBYN D. ROSS, an individual,

      Plaintiff,

v.

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC., a
Maryland corporation,
PHILLIP JUSTUS, an individual; and
TRAVIS JUSTUS, an individual,

      Defendants.

---

**DECLARATION OF PHILLIP JUSTUS**

---

      I, Phillip Justus, duly sworn upon my oath, hereby states as follows:

      1.     I became President of Professional Bureau of Collections of Maryland, Inc. ("PBCM") on or about October 1, 2014 and remained in that position through Plaintiff'ss last day of employment with PBCM.

      2.     I never dealt with Plaintiff in relation to her FMLA leave.  PBCM's Human Resources personnel were in charge of all aspects of Plaintiff's FMLA.

      3.     I never received or saw a copy of any FMLA paperwork submitted by Plaintiff, so I did not know of any specific details or information regarding her paperwork on any FMLA issues.

**Exhibit B**

4.      Plaintiff never asked or requested FMLA leave from me and, had she done so, I would have directed her to address her request(s) to PBCM's Human Resources Department.

5.      On Sunday, February 1, 2015, I received an email from Plaintiff stating that she did not anticipate getting into the office before noon the next day because her son went "into anaphylaxis" that day.  A true and accurate copy of the email is attached as <u>Exhibit 1</u>.  Plaintiff did not request FMLA leave in this email or at any other time.

6.      I made the decision to terminate Plaintiff on January 30, 2015 following performance issues, some of which were contained in an email to Russell Ray dated January 30, 2015.  A true and correct copy of this email is attached as <u>Exhibit 2</u>.

7.      I did not terminate Plaintiff for any reason relating to any aspect of Plaintiff's FMLA.  Again, she never made a request to me to take FMLA leave and I did not deal with any aspect of FMLA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.


<u>/s/ *Phillip Justus*</u>
PHILLIP JUSTUS

2

**Exhibit B**

| | |
|---|---|
| **From:** | Phillip Justus |
| **To:** | Russell Ray |
| **Subject:** | FW: Hospital |
| **Date:** | Monday, February 02, 2015 8:51:31 AM |

For ms ross file

**From:** Robyn R [mailto:robyn.d.ross@gmail.com]
**Sent:** Sunday, February 01, 2015 6:38 PM
**To:** Phillip Justus
**Subject:** Hospital

My son went into anaphylaxis from a cookie at church today. He is admitted overnight because they are expecting a rebound allergic reaction at 4am, like last time. My husband is out of state and my toddler is with a neighbor. I don't anticipate being in before he is discharged tomorrow around noon.

Travis asked me yesterday to schedule a conference call with our Gordon Rees lawyers. I will let them know to call you at 9.

Robyn

**Exhibit B**

**EXHIBIT 1**

PBCM 00195

**From:** Phillip Justus
**Sent:** Friday, January 30, 2015 3:46 PM
**To:** Russell Ray
**Subject:** Ms. Ross

1/30/15 3:46PM

Mr. Ray,

Due to the fact that Ms Ross allowed our Nebraska License to expire on 12/31/14, and has been involved in numerous unprofessional exchanges in the office, it has been determined that Ms. Ross employment will be terminated.

Thanks,

Phillip Justus
President
Professional Bureau of Collections of Maryland, Inc.
5295 DTC Parkway
Greenwood Village, CO 80111
Voice: 720-200-0326
Fax: 303-488-2511

1

**Exhibit B**
**EXHIBIT 2**

**PBCM 00205**